Allan M. Loeb et al., Appellants, v. General Acceptance Company, Appellee.

Gen. No. 40,578.

opinion filed November 27, 1939; rehearing denied December 11, 1939. Markheim, Parker & Miller, for appellants; A. R. Milled, of counsel; A. S. and E. W. Froehlich, for appellee. Opinion by JUSTICE O'CONNOR. "Not to be published in full."